GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAYNA G. KALIMA,

    Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, FREDERICK M. DOLAN,
and DOES 1-10, inclusive,

    Defendants.

Case No. C-06-01503 EMC

**STIPULATION TO EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS
[LOCAL RULE 6-1(a)]; ORDER**

IT IS HEREBY STIPULATED that defendant The Regents of the University of California may file responsive pleadings to plaintiff Jayna G. Kalima's Complaint through May 15, 2006.

Dated:   May 3, 2006

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Gaylynn Kirn Conant
GAYLYNN KIRN CONANT
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

30284-35532 GKC 518806.1

STIPULATION TO EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS
CASE NO. C-06-01503 EMC

1  Dated: May 8, 2006

PRICE & ASSOCIATES

By: _____
P. BOBBY SHUKLA
Attorneys for Plaintiff
JAYNA G. KALIMA

It is so ordered:

/s/ Edward M. Chen
_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-35532 GKC 518806.1

- 2 -

STIPULATION TO EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS
CASE NO. C-06-01503 EMC