IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAYNA KALIMA

No. C 06-1503 SI

Plaintiff,

**PRETRIAL PREPARATION ORDER**

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,

Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: 11/17/06, at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 1/19/07.

DESIGNATION OF EXPERTS: 3/9/07; REBUTTAL: 3/30/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 4/30/07.

DISPOSITIVE MOTIONS **SHALL** be filed by 1/19/07;

Opp. Due 2/2/07; Reply Due 2/9/07;

and set for hearing no later than 2/23/07 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 6/5/07 at 3:30 PM.
Pretrial Conference materials shall be filed by 5/22/07.

JURY TRIAL DATE: June 18, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
N/A

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/9/06

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California