IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAYNA KALIMA                      No. C 06-1503 SI

         Plaintiff,             **AMENDED PRETRIAL PREPARATION ORDER**

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL.,

         Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 19, 2007.

DESIGNATION OF EXPERTS: 4/20/07; REBUTTAL: 4/27/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 18, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by March 16, 2007;

Opp. Due March 30, 2007; Reply Due April 6, 2007;

and set for hearing no later than April 20, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 6/5/07 at 3:30 PM.
Pretrial Conference materials shall be filed by 5/22/07.

JURY TRIAL DATE: June 18, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Ms. Kalima's deposition shall be taken with an audio feed into another room where Mr. Dolan may observe the proceedings.

If the parties can not stipulate to the plaintiff's IME by December 1, 2006, they must write a letter to the Court.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/21/06

SUSAN ILLSTON
United States District Judge