GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNA G. KALIMA,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, FREDERICK M. DOLAN, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-06-01503 SI<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND CASE MANAGEMENT/PRE-TRIAL DEADLINES** |

The parties hereby stipulate to continue the trial date which is currently scheduled for June 18, 2007 to September 4, 2007 at 8:30 a.m. The parties further stipulate to the following pretrial and case management deadlines:

| | |
|---|---|
| Last day to file substantive motions: | June 15, 2007 |
| Last day to hear substantive motions: | July 20, 2007 |
| Last day to designate experts: | July 20, 2007 |
| Last day for rebuttal expert designation: | August 1, 2007 |
| Discovery cutoff: | June 15, 2007 |
| Expert discovery cutoff: | August 14, 2007 |
| Pretrial Conference: | August 21, 2007; 3:30 p.m. |

30284-35532 GKC 535008.1

STIPULATION AND ORDER CONTINUING
TRIAL DATE - C-06-01503 SI

Dated: March 27, 2007   LOMBARDI, LOPER & CONANT, LLP

By: _____
GAYLYNN KIRN CONANT

Dated: March 27, 2007   PRICE AND ASSOCIATES

By: _____
PAMELA Y. PRICE

Dated: March 27, 2007   LEVINE & BAKER, LLP

By: _____
RICHARD E. LEVINE

## ORDER

**IT IS HEREBY ORDERED** the pretrial and trial dates are continued pursuant to the above Stipulation.

Dated: March ____, 2007   _____
The Honorable Susan Illston

A further case management conference has been scheduled for Friday, April 13, 2007, at 2:30 p.m.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-35532 GKC 535008.1

- 2 -

STIPULATION AND PROPOSED ORDER
CONTINUING TRIAL DATE
C-06-01503 SI