**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNA G. KALIMA, | No. C 06-1503 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

The parties have submitted a discovery dispute to the Court for resolution.[1] Defendant's request to continue the discovery cut-off and the deadline to file substantive motions is moot in light of the June 11, 2007 Order continuing such dates for 60 days. The Court will not at this time adjust the other pretrial or trial dates; if the case does not settle at the July 13, 2007 settlement conference, the Court and the parties will address this issue. In addition, if the case does not settle at the upcoming settlement conference, the parties shall meet and confer to schedule the final three hours of plaintiff's deposition, and plaintiff is ordered to produce the requested documents at least five days prior to the resumed deposition.

**IT IS SO ORDERED.**

Dated: June 22, 2007

　　　　　　　　　　　　　　　　　　　　　/s/ Susan Illston
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties' letter briefs are found at Docket Nos. 62 and 64.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California